UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: LARKIN, HEATHER § | Case No. 10-04865 |
| LARKIN, JOHN § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 04/21/2011 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  02/20/2011          By:  JOSEPH R. VOILAND
                                                                 Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: LARKIN, HEATHER | § | Case No. 10-04865 |
| LARKIN, JOHN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 10,000.86 |
| *and approved disbursements of* | $ 1,000.00 |
| *leaving a balance on hand of* [1] | $ 9,000.86 |
| **Balance on hand:** | $ 9,000.86 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,000.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH R. VOILAND | 1,750.09 | 0.00 | 1,750.09 |
| Trustee, Expenses - JOSEPH R. VOILAND | 85.74 | 0.00 | 85.74 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,835.83 |
| Remaining balance: | $ 7,165.03 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $     7,165.03

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $     7,165.03

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,512.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,760.78 | 0.00 | 934.37 |
| 2 | Discover Bank | 4,272.63 | 0.00 | 514.40 |
| 3 | American Infosource Lp As Agent for | 8,187.74 | 0.00 | 985.76 |
| 4 | Chase Bank USA, N.A. | 22,640.17 | 0.00 | 2,725.76 |
| 5 | PYOD LLC its successors and assigns as assignee of | 13,931.02 | 0.00 | 1,677.22 |
| 6 | GE Money Bank | 2,720.42 | 0.00 | 327.52 |

Total to be paid for timely general unsecured claims:   $     7,165.03
Remaining balance:   $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
```

In re:                                                        Case No. 10-04865-MB
Heather A Larkin                                              Chapter 7
John J Larkin
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: mhenley                 Page 1 of 1                  Date Rcvd: Mar 22, 2011
                              Form ID: pdf006               Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2011.
```
db/jdb     +Heather A Larkin,   John J Larkin,   7N141 Pakan Drive,   St Charles, IL 60174-6699
aty        +Laurel S Hickman,   PO Box 476967,   Chicago, IL 60647-6967
tr         +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
16056887    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15076648    Chase Card Services,   PO Box 15153,   Wilmington, DE 19886-5153
15076647    Citi Cards,   Box 6000,   The Lakes, NV 89163-6000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16030799       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2011 00:39:29
                American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
                Oklahoma City, OK   73124-8840
16014593       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 23 2011 00:39:54     Discover Bank,
                Dfs Services LLC,   PO Box 3025,   New Albany, OH   43054-3025
15076646       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 23 2011 00:39:54     Discover Financial Services,
                PO Box 6103,   Carol Stream, IL 60197-6103
15076649       E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2011 00:20:37     GE Money Bank,   PO Box 960061,
                Orlando, FL 32896-0061
16337522       E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2011 00:20:37     GE Money Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16098671       E-mail/Text: resurgentbknotifications@resurgent.com Mar 23 2011 00:01:42
                PYOD LLC its successors and assigns as assignee of,   Citibank, N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 6
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2011**            **Signature:** _/s/ Joseph Speetjens_