**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LARKIN, HEATHER           § Case No. 10-04865
       LARKIN, JOHN                §
                                    §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $16,245.00 *(without deducting any secured claims)* | Assets Exempt: $15,000.00 |
| Total Distribution to Claimants: $7,165.22 | Claims Discharged Without Payment: $52,347.54 |
| Total Expenses of Administration: $2,835.83 | |

    3) Total gross receipts of $ 10,001.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,001.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,835.83 | 2,835.83 | 2,835.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 59,512.76 | 59,512.76 | 7,165.22 |
| **TOTAL DISBURSEMENTS** | $0.00 | $62,348.59 | $62,348.59 | $10,001.05 |

    4) This case was originally filed under Chapter 7 on February 09, 2010. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/25/2011          By: /s/JOSEPH R. VOILAND
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| articles of agreement - 7N141 Pakin | 1210-000 | 10,000.00 |
| Interest Income | 1270-000 | 1.05 |
| **TOTAL GROSS RECEIPTS** | | **$10,001.05** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,750.09 | 1,750.09 | 1,750.09 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 85.74 | 85.74 | 85.74 |
| Remax Great American | 3510-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,835.83 | 2,835.83 | 2,835.83 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 7,760.78 | 7,760.78 | 934.38 |
| 2 | Discover Bank | 7100-000 | N/A | 4,272.63 | 4,272.63 | 514.42 |
| 3 | American Infosource Lp As Agent for | 7100-000 | N/A | 8,187.74 | 8,187.74 | 985.79 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 22,640.17 | 22,640.17 | 2,725.83 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 13,931.02 | 13,931.02 | 1,677.27 |
| 6 | GE Money Bank | 7100-000 | N/A | 2,720.42 | 2,720.42 | 327.53 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 59,512.76 | 59,512.76 | 7,165.22 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-04865  
**Case Name:** LARKIN, HEATHER  
LARKIN, JOHN  
**Period Ending:** 06/25/11

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 02/09/10 (f)  
**§341(a) Meeting Date:** 03/08/10  
**Claims Bar Date:** 11/15/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking acct | 500.00 | 500.00 | DA | 0.00 | FA |
| 2 | savings acct | 120.00 | 120.00 | DA | 0.00 | FA |
| 3 | household goods | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 4 | books, artwork | 200.00 | 200.00 | DA | 0.00 | FA |
| 5 | wearing apparel | 300.00 | 300.00 | DA | 0.00 | FA |
| 6 | wedding bands | 100.00 | 100.00 | DA | 0.00 | FA |
| 7 | camera, video camera | 100.00 | 100.00 | DA | 0.00 | FA |
| 8 | pension SURS | 6,200.00 | 6,200.00 | DA | 0.00 | FA |
| 9 | stock - Ameribility, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 99 Ford windstar; 99 Ford Windstar LX; 03 Cav. | 6,125.00 | 6,125.00 | DA | 0.00 | FA |
| 11 | computer, file cabinet and desk | 100.00 | 100.00 | DA | 0.00 | FA |
| 12 | painting supplies | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | 6 house cats | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | personal injury suit (u) | Unknown | Unknown | DA | 0.00 | FA |
| 15 | articles of agreement - 7N141 Pakin (u) | Unknown | 83,375.00 | | 10,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.05 | Unknown |
| 16 | Assets    Totals (Excluding unknown values) | **$16,245.00** | **$99,620.00** | | **$10,001.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 15, 2011    **Current Projected Date Of Final Report (TFR):**    June 15, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-04865 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | LARKIN, HEATHER | | Bank Name: | The Bank of New York Mellon |
| | LARKIN, JOHN | | Account: | 9200-******62-65 - Money Market Account |
| Taxpayer ID #: | **-***7412 | | Blanket Bond: | $50,000,000.00 (per case limit) |
| Period Ending: | 06/25/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/10 | {15} | First Choice Bank | proceeds from sale of real estate | 1210-000 | 10,000.00 | | 10,000.00 |
| 08/12/10 | 1001 | Remax Great American | payment of broker fees | 3510-000 | | 1,000.00 | 9,000.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 9,000.51 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,000.58 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,000.65 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,000.72 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,000.79 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,000.86 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,000.92 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,000.99 |
| 04/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 9,001.05 |
| 04/27/11 | | To Account #9200******6266 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 9,001.05 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,001.05 | 10,001.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,001.05 | |
| | | | Subtotal | | 10,001.05 | 1,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,001.05 | $1,000.00 | |

{} Asset reference(s)    Printed: 06/25/2011 08:37 AM    V.12.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-04865  
**Case Name:** LARKIN, HEATHER  
LARKIN, JOHN  
**Taxpayer ID #:** **-***7412  
**Period Ending:** 06/25/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/11 | | From Account #9200******6265 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 9,001.05 | | 9,001.05 |
| 04/27/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,750.09, Trustee Compensation; Reference: | 2100-000 | | 1,750.09 | 7,250.96 |
| 04/27/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $85.74, Trustee Expenses; Reference: | 2200-000 | | 85.74 | 7,165.22 |
| 04/27/11 | 103 | Discover Bank | Dividend paid 12.03% on $7,760.78; Claim# 1; Final distribution | 7100-000 | | 934.38 | 6,230.84 |
| 04/27/11 | 104 | Discover Bank | Dividend paid 12.03% on $4,272.63; Claim# 2; Final distribution | 7100-000 | | 514.42 | 5,716.42 |
| 04/27/11 | 105 | American Infosource Lp As Agent for | Dividend paid 12.03% on $8,187.74; Claim# 3; Final distribution | 7100-000 | | 985.79 | 4,730.63 |
| 04/27/11 | 106 | Chase Bank USA, N.A. | Dividend paid 12.03% on $22,640.17; Claim# 4; Final distribution | 7100-000 | | 2,725.83 | 2,004.80 |
| 04/27/11 | 107 | PYOD LLC its successors and assigns as assignee of | Dividend paid 12.03% on $13,931.02; Claim# 5; Final distribution | 7100-000 | | 1,677.27 | 327.53 |
| 04/27/11 | 108 | GE Money Bank | Dividend paid 12.03% on $2,720.42; Claim# 6; Final distribution | 7100-000 | | 327.53 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 9,001.05 | 9,001.05 | $0.00 |
| Less: Bank Transfers | 9,001.05 | 0.00 | |
| **Subtotal** | 0.00 | 9,001.05 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$9,001.05** | |

{} Asset reference(s)    Printed: 06/25/2011 08:37 AM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-04865  
**Case Name:** LARKIN, HEATHER  
LARKIN, JOHN  
**Taxpayer ID #:** **-***7412  
**Period Ending:** 06/25/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-67 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******62-65** | 10,001.05 | 1,000.00 | 0.00 |
| **Checking # 9200-******62-66** | 0.00 | 9,001.05 | 0.00 |
| **MMA # 9200-******62-67** | 0.00 | 0.00 | 0.00 |
| | **$10,001.05** | **$10,001.05** | **$0.00** |